1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SUSAN L. SMITH, CSBN 253808
4  Special Assistant United States Attorney
          160 Spear Street, Suite 800
5         San Francisco, California  94105
          Tel:  (415) 977-8973
6         Fax:  (415) 744-0134
          Email:  Susan.L.Smith@ssa.gov
7
   Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   REGINALD CLARK,                  )  No.  EDCV-12-1920-MAN
12                                  )
        Plaintiff,                  )  **[PROPOSED] JUDGMENT OF**
13                                  )  **REMAND**
        v.                          )
14                                  )
   CAROLYN W. COLVIN, Acting        )
15 Commissioner of Social Security, )
                                    )
16                                  )
        Defendant.                  )
17                                  )
                                    )
18                                  )
   _____  )
19

20      The Court having approved the parties' stipulation to remand this case

21 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

22 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby

23 entered for Plaintiff.

24

25 DATED: September 19, 2013       _____

26                                       MARGARET A. NAGLE
                                   UNITED STATES MAGISTRATE JUDGE
27

28

-1-